AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Delaware

United States of America
v.
BRIAN A. KEYSER

*Defendant*

Case No. 10- 147-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 10/01/2010 in the county of ________ in the ________ District of Delaware, the defendant violated 18 U. S. C. § 930(a), an offense described as follows:
knowingly possessing a firearm in a Federal facility.

This criminal complaint is based on these facts:

FILED
OCT 1 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☑ Continued on the attached sheet.

Patrick W. Fyock [signature]
*Complainant's signature*

Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2010

[signature]
*Judge's signature*

City and state: Wilmington, Delaware

Hon. Mary Pat Thynge
*Printed name and title*

AFFIDAVIT OF PATRICK FYOCK

1. Your affiant is Patrick Fyock. Your affiant has been a Special Agent for over five and a half years with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). During that time, my duties have included the investigation of federal and state firearms offenses. Prior to being hired by ATF, I was employed as a Police Officer for seven years with the Nationally Accredited New Castle County Police Department in Delaware. During the course of your affiant's law enforcement career, your affiant has received law enforcement training on the investigation of firearms offenses on numerous occasions, including but not limited to classes at the ATF Academy, New Castle County Police Academy, and the Federal Law Enforcement Training Center and including classes on Firearms identification classes, Firearms Nomenclature classes, and Firearms identification classes. During the course of your affiant's law enforcement career, your affiant has participated in over 80 seizures of firearms and well over 120 investigations of firearms offenses, as well as numerous conversations about the facts and circumstances of firearms offenses with the investigating officers of those firearms offenses.

2. Unless otherwise noted, the information in this affidavit is based on your affiant's personal knowledge and conversations with officers of the Department of Veterans Affairs Police Services. The facts are as stated below to me by one or more Department of Veterans Affairs Police Officers. Since this affidavit is only for purposes of establishing probable cause for an arrest, not all facts related to this investigation are contained herein.

3. The seizure of all the below listed evidence took place on October 1, 2010, in the Veterans Affairs Medical Center (VAMC), located at 1601 Kirkwood Hwy, Wilmington, Delaware.

4. The VAMC is a "Federal facility," as defined by Title 18, United States Code, Section 930(g)(2), as it is a federal hospital owned by the Federal Government, where Federal employees are regularly present for the purpose of performing their official duties.

5. At approximately 11:15 a.m., defendant Brian Keyser was contacted inside the hospital by a Department of Veterans Affairs Police Officer and was found to be in possession of a loaded Smith & Wesson, model 60-7, "Lady Smith," .38 caliber revolver serial #BSL1136 loaded with 5 Speer 38 SPL+P .38 caliber rounds of ammunition. This Firearm was in an ankle holster located on subject's left leg.

6. Keyser was also in possession of (1) a North American Arms .22 caliber handgun serial # V10285, loaded with five .22 caliber rounds of ammunition; (2) five Speer 38 SPL+P .38 caliber rounds of ammunition; and (3) 250 assorted .45 caliber rounds of ammunition. At the time of his arrest, Keyser was polishing the ammunition in a waiting area of the VAMC.

7. Your affiant observed that the VAMC has posted conspicuously at each public entrance notice that firearms are prohibited on VAMC property. See 18 U.S.C. § 930(h).

8. In a post-arrest statement, Keyser admitted to VA Police officers that he knowingly possessed the firearms and ammunition on federal property. Keyser stated further that he

was aware that he was prohibited from possessing the firearms and ammunition, but that he decided to keep the firearms and ammunition in his possession because he did not want to leave the items in his vehicle. Keyser stated that he was polishing the ammunition because he has a scheduled shooting competition on Saturday, October 2, 2010.

Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. § 930(a), by knowingly possessing a firearm in a Federal Facility, and respectfully requests that the Court issue a Criminal Complaint charging those offenses.

Patrick W. Fyock
Special Agent, ATF

Sworn to and subscribed in my presence
this 1st day of October 2010

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware